# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ROBERT LEONARD,**

    Plaintiff,

v.                                                  Case No: 8:20-cv-3071-T-35AEP

**ROBINHOOD MARKETS, INC.,**
**ROBINHOOD FINANCIAL LLC, and**
**ROBINHOOD SECURITIES, LLC,**

    Defendants.

## ORDER

**THIS CAUSE** is before the Court for consideration *sua sponte*. On December 30, 2020, this Court ordered Plaintiff Robert Leonard to show cause why this case should not be dismissed for failure to pay the Court filing fee and for lack of jurisdiction. (Dkt. 2) The Court afforded Plaintiff twenty-one (21) days to respond and either submit the fee or request to proceed *in forma pauperis*, cautioning that "**[f]ailure to comply with this Order will result in dismissal of this case without further notice form the Court.**" (Id.) Plaintiff has not filed a response to the Court's Order, and the time to do so has passed.

Accordingly, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for apparent lack of subject matter jurisdiction and failure to pay the filing fee. The **CLERK** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of February, 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party